**Juan Manuel MARTINEZ–GARCIA, Petitioner–Appellant**

v.

**UNITED STATES of America; Warden, Reeves County Detention Center III; Bureau of Prisons; Geo Group, Respondents–Appellees.**

**No. 11–50435**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

March 26, 2013.

Juan Manuel Martinez–Garcia, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondents–Appellees.

published and is not precedent except under the limited circumstances set forth in 5TH CIR.

R. 47.5.4.

274

Before DAVIS, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Proceeding *pro se* and *in forma pauperis*, Juan Manuel Martinez–Garcia, former federal prisoner # 98884–179, contests the denial of his 28 U.S.C. § 2241 petition, challenging his exclusion from rehabilitation programs and halfway houses. Because Martinez–Garcia has been released from Bureau of Prisons custody, his appeal is moot. *E.g., Calderon v. Moore*, 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996) (appeal moot when intervening event prevents court from granting any effectual relief).

DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.